NICCND (12/1/15)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

October 10, 2018

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Donald Wayne Savage**
**Christine Marilyn Savage**
Debtor(s)

Case No. **18–62296–pcm7**

NOTICE OF INTENT
TO CLOSE CASE
WITHOUT ENTRY OF
DISCHARGE

It appearing a certification about a financial management course (debtor education) has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Certification About a Financial Management Course (the course provider's certificate of completion and/or Official Form 423) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain a list of approved providers for the financial management course, go to www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

To obtain Official Form 423, go to www.orb.uscourts.gov and select Official Forms under the Forms menu.

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401